# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT ELECTRONIC DEVICES LISTED IN ATTACHMENT A

Case No. **19-2769 JMC**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A to Affidavit

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B to Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 846 | Conspiracy to distribute controlled substances |
| 21 U.S.C. Sec. 841(a)(1) | Possession with intent to distribute controlled substances |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED
SEP 19 2019
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
TFO Jeffrey Lilly, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/22/19

*Judge's signature*

City and state: Baltimore, Maryland

Hon. J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A – DEVICES TO BE SEARCHED

(1) LG MODEL LS620, SERIAL NUMBER 410CYAS0426072, MEID 270113183810602105; and

(2) LG MODEL LGMS450, SERIAL NUMBER 410CYW121273, IMEI 014153001212738

## ATTACHMENT B - ITEMS TO BE SEIZED

All records contained in the items described in Attachment A which constitute evidence of violations of 21 U.S.C. §§ 846 and 841(a)(1), as outlined below:

1. Contact logs that refer or relate to the user of any and all numbers on the SUBJECT ELECTRONIC DEVICES.

2. Call logs reflecting date and time of received calls.

3. Any and all digital images and videos of persons associated with this investigation.

4. Text messages to and from the SUBJECT ELECTRONIC DEVICES that refer or relate to the crimes under investigation.

5. Records of incoming and outgoing voice communications that refer or relate to the crimes under investigation.

6. Voicemails that refer or relate to the crimes under investigation.

7. Voice recordings that refer or relate to the crimes under investigation.

8. Any data reflecting the phone's location.

9. Contact lists.

10. Any and all records related to the location of the user(s) of the devices.

11. For each of the Devices:

    a. Evidence of who used, owned, or controlled the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software that would allow others to control the Devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the lack of such malicious software;

    d. evidence of the attachment to the Devices of other storage devices or similar containers for electronic evidence;

    e. evidence of counter forensic programs (and associated data) that are designed to eliminate data from the Devices;

19 - 2 7 6 9 JMC

f. evidence of the times the Devices were used;

g. passwords, encryption keys, and other access devices that may be necessary to access the Devices;

h. documentation and manuals that may be necessary to access the Devices or to conduct a forensic examination of the Devices;

i. contextual information necessary to understand the evidence described in this attachment.

12. With respect to the search of any of the items described above which are stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment (including CDs, DVDs, thumb drives, flash drives, hard disk drives, or removable digital storage media, software or memory in any form), the search procedure may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein, while permitting government examination of all the data necessary to determine whether that data falls within the items to be seized):

   a. surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);

   b. "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

   c. "scanning" storage areas to discover and possible recover recently deleted files;

   d. "scanning" storage areas for deliberately hidden files; or

   e. performing key word searches or other search and retrieval searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation.

13. If after performing these procedures, the directories, files or storage areas do not reveal evidence of the specified criminal activity, the further search of that particular directory, file or storage area, shall cease.